FILED
CLERK, U.S. DISTRICT COURT
AUG 08, 2018
CENTRAL DISTRICT OF CALIFORNIA
BY: ___BH___ DEPUTY

John R. Chase,

        Plaintiff,

v.

Ditech Financial LLC, et al.,

        Defendants.

LA 18-cv-03114-VAP (MRWx)

# JUDGMENT

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed concurrently herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's claims against Defendants are DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated: 8/8/18

_Virginia A. Phillips_
Virginia A. Phillips
United States District Judge